1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT
8               CENTRAL DISTRICT OF CALIFORNIA
9

10  JEFFERY SEBASTIAN              )    CASE NO. CV 13-788 SJO (FFM)
    GRANDISON,                     )
11                    Petitioner,  )
                                   )    JUDGMENT
12      v.                         )
                                   )
13  DANIEL PARAMO,                 )
                                   )
14                    Respondent.  )
    _____)

15
16      Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus

17  for Lack of Subject Matter Jurisdiction,

18      IT IS ADJUDGED that the Petition is dismissed with prejudice.

19
                    February 22, 2013.
20  DATED: _____

21                                      S. James Otero

22
                                    _____
23                                        S. JAMES OTERO
                                      United States District Judge
24
25
26
27
28