UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY SEBASTIAN GRANDISON,<br><br>             Petitioner,<br><br>    v.<br><br>DANIEL PARAMO,<br><br>             Respondent. | CASE NO. CV 13-788 SJO (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:   February 22, 2013.

*S. James Otero*

S. JAMES OTERO
United States District Judge